IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CLYDE WENDELL SMITH                                                                                     PETITIONER

V.                                                                           CIVIL ACTION NO. 4:17-CV-00087-SA

BURL CAIN,
Commissioner, Mississippi Department of Corrections, and
LYNN FITCH,
Mississippi Attorney General                                                                          RESPONDENTS

ORDER

These capital federal habeas corpus proceedings have been stayed since January 2, 2019, when the Court granted Petitioner leave to exhaust certain claims in state court. *See* [55]. Petitioner now represents that all claims have been exhausted in state court as the United States Supreme Court denied his petition for a writ of certiorari on January 11, 2026, and asks that the stay of these proceedings be lifted. *See* [82]. Petitioner additionally requests leave to file an amended petition within sixty (60) days. *See* [83].

Upon due consideration, the Court finds that Petitioner's unopposed motions to lift the stay in these proceedings [82] and to allow Petitioner leave to file an amended petition within sixty (60) days [83] should be GRANTED. The stay in this matter is, therefore, LIFTED, and the Clerk of Court is DIRECTED to place this case back on the Court's active docket. Petitioner must file his amended petition within sixty (60) days from the date of this Order. Once the amended petition is filed, the Court will enter a scheduling order setting forth the remaining deadlines.

SO ORDERED, this the 13th day of February, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE