,IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CLYDE WENDELL SMITH                                           PETITIONER

V.                                               CIVIL ACTION NO. 4:17-CV-00087-SA

BURL CAIN,
Commissioner, Mississippi Department of Corrections, and
LYNN FITCH,
Mississippi Attorney General                                 RESPONDENTS

## SUPERSEDING SCHEDULING ORDER

On April 14, 2026, Petitioner Clyde Wendell Smith filed his amended capital federal habeas petition in this matter.  Doc. # 85.  The Court, therefore, imposes the following scheduling deadlines:

Respondents must file an answer or other responsive pleading to Petitioner's amended petition within ninety (90) days of the date of this order. The answer or other responsive pleading must conform to the requirements of Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and Rule 12 of the Federal Rules of Civil Procedure.

Respondents must clearly and directly respond to the issue of whether Petitioner has exhausted available state remedies with regard to each of the claims raised in his pleadings. If Respondents deny that available state remedies have been exhausted as to any of Petitioner's claims, Respondents must explain, in detail, the state remedies still available to Petitioner with regard to each unexhausted claim. If Respondents wish to assert the defense that Petitioner has procedurally defaulted on any claim for relief in the amended petition, Respondents must explicitly assert such defense and identify with specificity which of Petitioner's claims they contend are procedurally barred from consideration by this Court.

Within sixty (60) days of the date Respondents serve Petitioner's counsel with a copy

of their answer or other responsive pleading, Petitioner must file with the Clerk of this Court and serve on Respondents' counsel of record any reply he wishes to make to the answer or other responsive pleading.

Unless otherwise modified by the Court, Petitioner must file and serve, no later than ninety (90) days after service of Respondents' answer or other responsive pleading, a memorandum of law in support of his amended petition. Respondents must file a responsive memorandum within ninety (90) days of service of Petitioner's memorandum. Petitioner may file a reply memorandum within sixty (60) days of service of Respondents' memorandum.

Within thirty (30) days of the date Respondents file an answer or other responsive pleading, Respondents must submit to the Clerk of this Court true and correct copies of all pertinent records from Petitioner's state court proceedings. Such records must be submitted in both conventional *and* electronic formats.

Any party seeking an extension of any deadline specified above must file a written motion requesting such extension *before* the expiration of the deadline and must state in detail why, despite the exercise of due diligence, that party will be unable to comply with the deadline.

SO ORDERED, this the 12th day of May, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE