**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
GREENVILLE DIVISION

**No. 4:17–CV–00087–SA**

**CLYDE WENDELL SMITH**
*Petitioner*

v.

**BURL CAIN**
**MISSISSIPPI DEPARTMENT OF CORRECTIONS COMMISSIONER**

**LYNN FITCH**
**MISSISSIPPI ATTORNEY GENERAL**
*Respondents*

# UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Respondents Burl Cain and Lynn Fitch seek a sixty-day extension of time to file their Answer to Petitioner Clyde Wendell Smith's Amended Petition for a Writ of Habeas Corpus. Doc. 85. Respondents make this request for the reasons below.

1. On May 12, 2026, the Court ordered respondents to file their Answer to Smith's Amended Petition, Doc. 85, "within ninety (90) days of the date of this order." Doc. 86. That order makes August 10, 2026, the filing deadline for respondents' Answer. Doc. 86. That order sets August 10, 2026, as the filing deadline for respondents' Answer. Doc. 86.

2. Respondents seek a sixty-day extension of the deadline for filing their Answer from August 10, 2026 to October 9, 2026.

3. No previous extensions have been requested by respondents.

4. Undersigned is diligently working to complete the Answer but cannot do so under the current deadline.

5. Undersigned has conferred with Smith's counsel. Smith does not object to this request. Granting it will not prejudice him.

6. Respondents do not make this request in bad faith, to create delay, or for any other improper purpose.

Respondents respectfully request that the Court grant this unopposed motion and extend the filing deadline for their Answer to October 9, 2026.

THIS, the 31st day of July, 2026.

Respectfully submitted,

LYNN FITCH
Attorney General of Mississippi

by: /s/ *Brad A. Smith*

BRAD A. SMITH
Special Assistant Attorney General
Miss. Bar No. 104321
Office of the Attorney General
Post Office Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-3680
Email: Brad.Smith@ago.ms.gov

*Counsel for Respondents*

**CERTIFICATE OF SERVICE**

This is to certify that, on this day, undersigned electronically filed this Unopposed Motion for an Extension of Time using the Court's ECF system, which sent notification to all counsel of record.

THIS, the 31st day of July, 2026.

/s/ *Brad A. Smith*

BRAD A. SMITH
Special Assistant Attorney General
Miss. Bar No. 104321
Office of the Attorney General
Post Office Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-3680
Email: Brad.Smith@ago.ms.gov

*Counsel for Respondents*