,IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CLYDE WENDELL SMITH PETITIONER

V. CIVIL ACTION NO. 4:17-CV-00087-SA

BURL CAIN,
Commissioner, Mississippi Department of Corrections, and
LYNN FITCH,
Mississippi Attorney General RESPONDENTS

ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION OF TIME

This matter comes before the Court on Respondents' Unopposed Motion for an Extension of Time within which to file their answer to Petitioner Clyde Wendell Smith's Amended Petition for a Writ of Habeas Corpus. Doc. # 87. In particular, Respondents seek a sixty (60) day extension. *Id.* Upon due consideration, and for good cause shown, the Court finds that Respondents' unopposed motion [87] for an extension of time is well-taken and is, therefore, GRANTED. Accordingly, Respondents have through and including October 9, 2026, in which to file an answer to Petitioner Clyde Wendell Smith's amended petition. The Court does not anticipate granting any further extensions. The deadlines and requirements in the May 12, 2026, Superseding Scheduling Order apply accordingly.

SO ORDERED, this the 17th day of August, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE